UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHERD WRIGHT, | No. 2: 15-cv-1652 KJN P |
| Plaintiff, | |
| v. | ORDER |
| CFMG, INC., et al., | |
| Defendants. | |

Plaintiff is a county prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff consented to the jurisdiction of the undersigned. (ECF No. 8.)

By order filed September 25, 2015, plaintiff's amended complaint was dismissed and thirty days leave to file a second amended complaint was granted. Thirty days from that date have now passed, and plaintiff has not filed a second amended complaint, or otherwise responded to the court's order.

Accordingly, IT IS ORDERED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: December 1, 2015

Wr1652.fta

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1